| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
**ENTERED**
September 20, 2016
David J. Bradley, Clerk

ISRAEL LARA, §
§
    Petitioner, §
§
versus §    CIVIL ACTION H-15-2909
§
LORIE DAVIS, §
§
    Respondent. §

## Order of Adoption

On July 18, 2016, Magistrate Judge Stephen Wm. Smith issued a Memorandum and Recommendation (11). Petitioner filed an objection (14). After considering the record and the law, the court adopts the Memorandum and Recommendation as its Memorandum and Order. Lara's petition for writ of habeas corpus is denied with prejudice.

Signed    09.20.16   , 2016, at Houston, Texas.

Lynn N. Hughes
United States District Judge